Villanueva, Robert D109905
Name and Prisoner/Booking Number
**Tent City Jail**                          120
Place of Confinement
**2939 W. Durango**
Mailing Address
**Phoenix, AZ  85009**
City, State, Zip Code

```
_____
|  X  FILED    ___ LODGED |
|  ___ RECEIVED ___ COPY  |
|                         |
|      OCT 1 7 2005        |
|                         |
|   CLERK U S DISTRICT COURT |
|    DISTRICT OF ARIZONA  |
|  BY_____ E. DEPUTY |
|_____|
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ROBERT VILLANUEVA                    )
(Full Name of Plaintiff)       Plaintiff,  )
                                     )
                             vs.     )  CASE NO. CV05-3260-Phx-MHM(VAM)
                                     )        (To be supplied by the Clerk)
MARICOPA COUNTY SHERIFF'S OFFICE, ET. A.L.  )
                                     )
JOSEPH M. ARPAIO, SHERIFF            )
                                     )       **CIVIL RIGHTS COMPLAINT**
                                     )         **BY A PRISONER**
_____      )
                                     )
_____  ,   )  ☒ Original Complaint
(Full Name of Each Defendant)   Defendant(s).  )  ☐ First Amended Complaint
_____      )  ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    a.  ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    b.  ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    c.  ☐ Other:  (Please specify.) _____

2.  Name of Plaintiff:  ROBERT VILLANUEVA _____
    Present mailing address: 2939 W. DURANGO   PHOENIX, AZ. 85009 ____
        (Failure to notify the Court of your change of address may result in dismissal of this action.)

    Institution/city where violation occurred: MARICOPA COUNTY JAIL - PHOENIX, AZ ____

**550/555**

Revised 2/7/05                              1

3. Name of first Defendant: ___JOSEPH M. ARPAIO___. The first Defendant is employed as:
___SHERIFF___ at ___MARICOPA___.
   (Position and Title)                                (Institution)

The first Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
Explain how the first Defendant was acting under color of law: ___N/A___

4. Name of second Defendant: ___N/A___. The second Defendant is employed as:
___N/A___ at ___N/A___.
   (Position and Title)                                (Institution)

The second Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the second Defendant was acting under color of law: ___N/A___

5. Name of third Defendant: ___N/A___. The third Defendant is employed as:
___N/A___ at ___N/A___.
   (Position and Title)                                (Institution)

The third Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the third Defendant was acting under color of law: ___N/A___

6. Name of fourth Defendant: ___N/A___. The fourth Defendant is employed as:
___N/A___ at ___N/A___.
   (Position and Title)                                (Institution)

The fourth Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the fourth Defendant was acting under color of law: ___N/A___

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If your answer is "yes," how many lawsuits have you filed? ___N/A___. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a.   Parties to previous lawsuit:
          Plaintiff: ___N/A___.
          Defendants: ___N/A___

   b.   Court:  (If federal court, identify the district; if state court, identify the county.) ___N|A___

   c.   Case or docket number:  ___N|A___

   d.   Claims raised: ___N|A___

   e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) N|A

   f.   Approximate date lawsuit was filed: ___N|A___

   g.   Approximate date of disposition: ___N|A___

4.   Second prior lawsuit:

   a.   Parties to previous lawsuit:
      Plaintiff: ___N|A___
      Defendants: ___N|A___

   b.   Court:  (If federal court, identify the district; if state court, identify the county.) ___N|A___

   c.   Case or docket number:  ___N|A___

   d.   Claims raised: ___N|A___

   e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) N|A

   f.   Approximate date lawsuit was filed: ___N|A___

   g.   Approximate date of disposition: ___N|A___

5.   Third prior lawsuit:

   a.   Parties to previous lawsuit:
      Plaintiff: ___N/A___
      Defendants: ___N|A___

   b.   Court:  (If federal court, identify the district; if state court, identify the county.) ___N|A___

   c.   Case or docket number:  ___N|A___

   d.   Claims raised: ___N|A___

   e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) N|A

   f.   Approximate date lawsuit was filed: ___N|A___

   g.   Approximate date of disposition: ___N|A___

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1.   The following constitutional or other federal civil right has been violated by the Defendant(s): _____
FREEDOM OF SPEECH AND DUE PROCESS OF LAW VIOLATED _____

2.   Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
in a different count)   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☒ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety ☐ Other: _____

3.   **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each
Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal
authority or arguments).

I REQUESTED A GRIEVANCE FORM, BUT NEVER GOT ONE. WHEN I WAS
ACCUSED OF BEING PROBLEMATIC, AND WAS THREATENED WITH
DISCIPLINARY ACTION(S).

4.   **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
EXTREME PARANOIA, HIGH ANXIETY, INSOMNIA,

5.   **Administrative Remedies:**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
institution?   ☒ Yes   ☐ No
b.   Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
d.   If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
why you did not. I FEARED RETALIATION FROM THE JAIL STAFF.

## COUNT II

1.  The following constitutional or other federal civil right has been violated by the Defendant(s): _____
PRETRIAL INMATES HAVE A CONSTITUTIONAL RIGHT TO BE FREE FROM
CRUEL AND UNUSUAL PUNISHMENT.

2.  Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
in a different count)  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: UNSANITARY/UNHEALTHY
CONDITIONS

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each
Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal
authority or arguments).
THERE WERE (6) SHOWERS, (6) TOILETS, (6) SINKS, AND (6) URINALS TO
SERVE 250+ INMATES. INMATES WERE FORCED TO SHAVE AT 1-2 A.M.
THERE WOULD BE HAIR, BLOOD, AND CONTAMINATED RAZORS
THROUGHOUT THE POD.

STAPH INFECTIONS RAN RAMPANT, SPIDER BITES WERE NUMEROUS.
WHEN (1) INMATE CAUGHT COLD/FLU, IT SPREAD SEEMINGLY
CONTINUOUSLY THROUGHOUT THE POPULATION.

WE WERE EXPOSED TO ASBESTOS AND LEAD PAINT.

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
PERSISTANT COUGHING, FOOT FUNGUS, Spiderbites (see greivance) 3/05

5.  **Administrative Remedies:**
a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
institution?  ☒ Yes  ☐ No
b.  Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
c.  Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
why you did not. DETENTION OFFICERS SAID THIS WAS NOT A
GRIEVANCE ISSUE.

## COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
PRETRIAL INMATES HAVE A CONSTITUTIONAL RIGHT TO BE FREE
FROM CRUEL AND UNUSUAL PUNISHMENT.

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
in a different count)  ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: _OVER CROWDING_

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each
Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal
authority or arguments).
DURANGO JAIL IS DESIGNED FOR 100 INMATES, PER POD.
THERE WERE 150+ INMATES IN MY POD. THERE WERE (8) TOILETS,
(6) SHOWERS, (6) SINKS, AND (6) URINALS. INMATES HAD TO STAND
IN LINE TO USE THE TOILET, SHOWER, URINAL, OR TO EVEN GET
A DRINK OF WATER.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
PARANOIA, HIGH ANXIETY, INSOMNIA

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your
      institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
      why you did not. ADVISED BY JAIL STAFF THIS WAS NOT A GRIEVABLE
      ISSUE.

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.

A) MONETARY COMPENSATION FOR ACTUAL PAIN AND SUFFERING AS WELL AS LOSSES IN THE AMOUNT OF $250.— PER DAY.

B) PUNITIVE DAMAGES IN THE AMOUNT OF $1200.—PER DAY SPENT IN PRE-TRIAL CUSTODY

C) CONTEMPT SANCTIONS TO THE FULLEST EXTENT OF THE LAW.

D) INJUNCTION TO CLOSE DURANGO JAIL PERMANENTLY & IMMEDIATELY. FULL COMPLIANCE WITH ESTABLISHED INCARCERATION GUIDELINES FOR PRESENT AND ALL FUTURE FACILITIES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/10/2005___
       DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.

Villanueva, Robert D109905
Name and Prisoner/Booking Number
**Tent City Jail**                              120
Place of Confinement
**2939 W. Durango**

Mailing Address
**Phoenix, AZ  85009**

City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ROBERT VILLANUERA                ) CASE NO. _____
                                 )
                    Plaintiff,   )
                                 )
              vs.                )          APPLICATION TO PROCEED
                                 )          *IN FORMA PAUPERIS*
MARICOPA COUNTY SHERIFF'S OFFICE ) ET. AL.    BY A PRISONER
                    Defendant(s).)          CIVIL (NON-HABEAS)
JOSEPH M. ARPAIO                 )

I, ROBERT VILLANUERA _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?   ☐Yes  ☒No   If "Yes," how many have you filed? __N/A__.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes  ☒No   If "Yes," how many of them? __N/A__.

2. Are you currently employed at the institution where you are confined?   ☐Yes  ☒No
If "Yes," state the amount of your pay and where you work. ____N/A____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes  ☒No
If "Yes," state the source and amount of the payments. ____N/A____

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where

Revised 2/7/05                              1

you are confined?                                                □Yes        ☒No

If "Yes," state the sources and amounts of the income, savings, or assets. __N|A__

I declare under penalty of perjury that the above information is true and correct.

__10/10/2005__                              _____
DATE                                        SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, __ROBERT VILLANUEVA__, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

   (A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or

   (B)  the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

__10/10/05__                               _____
DATE                                        SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

VILLANUEVA, Robert D109905

I, __CAROL LILLIE__, certify that as of the date applicant signed this application:

The applicant's trust account balance at this institution is:         $ __46.98__

The applicant's average monthly deposits during the prior six months is:   $ __NA__

The applicant's average monthly balance during the prior six months is:    $ __NA__

The attached certified account statement accurately reflects the status of the applicant's account.

__OCT 13 2005__        _____        __A1766__          __MCSO__
DATE          AUTHORIZED SIGNATURE    TITLE/ID NUMBER    INSTITUTION

```
10/13/05                    Inmate Account Statement                   Page: 1
06:51:39
===============================================================================
Booking Number: D109905        Name: VILLANUEVA, ROBERT

   Acct Number: D109905R       Type: REG - Regular Account
                             Status: OPN - Account Open

                                                                          Acct
.....Transaction......
   Date      Time   Type  Description          Amount        Balance      Sts
-------------------------------------------------------------------------------
09/01/05   22:09:34   I   Init. Funds Dep        $38.00       $38.00      OPN
09/05/05   07:30:33   S   Canteen Sale          -$34.65        $3.35      OPN
09/07/05   08:27:54   D   Deposit               $100.00      $103.35      OPN
09/12/05   09:22:22   S   Canteen Sale          -$39.22       $64.13      OPN
09/19/05   09:09:36   S   Canteen Sale          -$45.66       $18.47      OPN
09/19/05   14:29:47   D   Deposit                $50.00       $68.47      OPN
09/26/05   05:08:02   S   Canteen Sale          -$37.44       $31.03      OPN
09/28/05   15:49:10   D   Deposit                $50.00       $81.03      OPN
10/03/05   08:11:24   H   Hlth Svcs CoPay       -$10.00       $71.03      OPN
10/03/05   08:34:40   S   Canteen Sale          -$56.97       $14.06      OPN
10/03/05   15:00:59   D   Deposit                $25.00       $39.06      OPN
10/10/05   06:44:54   S   Canteen Sale          -$21.08       $17.98      OPN
10/12/05   15:35:48   D   Deposit                $24.00       $41.98      OPN
                                             ------------
                          Ending Balance:         $41.98

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>            $41.98
    (Ending Balance) << OR >> 0

===============================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


   Inmate Signature:_____  Date:_____

=============  * * *  E N D   O F   S T A T E M E N T  * * *  =============
```

## MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# CERTIFICATION

I hereby certify that on this date OCT 1 3 2005 _____,

I ___ filed  ✓ mailed the original and one (1) copy to the Clerk of the

✓ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Attorney General, State of Arizona.

____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona,

____ Public Defender, Maricopa County, State of Arizona.

____ Attorney, _____

____ _____

_____

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6/10/04